UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIANA A. CALLOWAY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-17533** |
| **H&E EQUIPMENT INC., ET AL.** | **SECTION: "I" (4)** |

**PARTIAL REPORT AND RECOMMENDATION**

This action was filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e. The Plaintiff, Kiana Calloway, complains of racial discrimination, retaliation, and a hostile work environment. R. Doc. 1.

On June 22, 2018, the Court issued an order to show cause as to why CT Corporation Systems should not be dismissed for failure to serve within ninety (90) days of filing the complaint as required under Federal Rule of Rule Civil Procedure 4(m). R. Doc. 7. A response was required by July 9, 2018. On July 9, 2018, the Plaintiff moved for an extension of time to respond to the show cause order. R. Doc. 8. The Court granted the motion and provided the Plaintiff until August 3, 2018, by which to respond. R. Doc. 9.

On August 6, 2018, the Plaintiff filed another motion for an extension of time to respond to the show cause order. R. Doc. 10. The new motion was an exact copy of the first motion for the extension of time. The Court denied the motion. R. Doc. 13.

A review of the record shows that CT Corporation Systems has not been served in this matter and the timeframe required for service has passed. In addition, the Plaintiff has failed to show cause as to why CT Corporation Systems should not be dismissed for failure to serve within ninety (90) days of filing the complaint.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's claims against CT Corporation Systems be **DISMISSED WITH PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m) and for failure to prosecute under Fed. R. Civ. P. 41(b).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[1]

New Orleans, Louisiana, this 17<u>th</u> day of August 2018.

_____
**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections.  Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.