# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIANA CALLOWAY | CIVIL ACTION |
| VERSUS | No. 17-17533 |
| H&E EQUIPMENT INC., ET AL. | SECTION I |

# ORDER

Before the Court is plaintiff Kiana Calloway's ("Calloway") objection[1] to United State Magistrate Judge Roby's Partial Report and Recommendation (the "report").[2] The report recommends that defendant CT Corporation Systems, who has to this date not been served, be dismissed pursuant to Federal Rules of Civil Procedure 4(m) and 41(b). Having reviewed the report, Calloway's objection, and the applicable law, the Court approves and adopts the report as its own opinion, except that the dismissal is without prejudice.

Accordingly,

**IT IS ORDERED** that Calloway's claims against CT Corporation Systems shall be **DISMISSED WITHOUT PREJUDICE.**

---

[1] R. Doc. No. 15. The objection was marked deficient on September 11, 2018. In a notice of deficient filing, Calloway was given until October 2, 2018 to remedy the deficiency. To date, Calloway has not submitted an updated objection; however, the Court will nonetheless consider the objection.

[2] R. Doc. No. 14.

**IT IS FURTHER ORDERED** that a status conference is scheduled in this case in chambers on **OCTOBER 15, 2018** at **9:30 A.M.**

New Orleans, Louisiana, October 3, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**